# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-cv-00146-RJC-DSC

| | |
|---|---|
| CHRISTINE RIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| TIME WARNER CABLE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM AND ORDER

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel," Doc. 17, filed March 6, 2012, and the parties' associated briefs and exhibits. See Doc. 17-1, 18 and 19.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

Plaintiff asks that the Court compel Defendant to respond to Interrogatory 2 and Requests for Production 1, 2, 3, 5, 6, 7 and 10. In response, Defendant credibly argues that it has complied fully with Requests for Production 2, 3 and 5 and that Plaintiff's remaining requests seek information and documents that have no relevance to her claims in this lawsuit. The Court has carefully examined the record, the parties' arguments and the applicable authorities. For the reasons cited in Defendant's brief, Plaintiff's Motion is denied.

**NOW THEREFORE, IT IS ORDERED**:

1. "Plaintiff's Motion to Compel," Doc. 17 is **DENIED**.

2. The Clerk is directed to send copies of this Memorandum and Order to the pro se Plaintiff, counsel for Defendant; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 5, 2012

David S. Cayer
United States Magistrate Judge

2